Case 1:20-cv-00901-RJJ-PJG   ECF No. 4, PageID.96   Filed 09/16/20   Page 1 of 2

September 16, 2020 1:45 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /        SCANNED BY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
## Southern Division

| | |
|---|---|
| AVERY C. THOMPSON SMITH Plaintiff, **(proposed pseudonym)**<br><br>VS.<br><br>CITY OF LANSING MICHIGAN, AMY L. CASTILLO, City of Lansing Police officer,<br><br>INGHAM COUNTY BOARD OF COMMISSIONERS, DOES 1-22, ERIC A. SCHERTZING, Ingham County Treasurer,<br><br>CAITLIN BUDZINSKI, Ingham County Police officer,<br><br>DEFENDANTS | **1:20-cv-901**<br>Robert J. Jonker<br>**Chief United States District Judge**<br><br><br>**EXPEDITED CONSIDERATION REQUESTED** |

## PLAINTIFF'S MOTION TO PROCEED USING PSEUDONYM AND PROTECTIVE ORDER

Plaintiff- "AVERY C. THOMPSON SMITH" (proposed pseudonym), requests this case proceed using pseudonym, and request this Court restrict the disclosure of Plaintiff's identity to parties other than Defendants and Defendants' legal counsel.

**MOTION TO PROCEED UNDER PSEUDONYM-V. INGHAM COUNTY, CITY OF LANSING - 1**

Should the Court grant Plaintiff's motion, and permit Plaintiff to proceed by pseudonym, the entry of a protective order will be necessary to protect the disclosure of Plaintiff's identity during the course of discovery and in submissions to the Court which may become part of the public record.

For this reason, Plaintiff requests leave to file a proposed protective order with the Court upon the issuance of a decision on this motion in Plaintiff's favor. Plaintiff is, further, amenable to conferring with Defendants prior to submission of the proposed protective order to determine if the parties can agree to the proposed terms.

Respectfully submitted,

*/s/ [signature]*

Plaintiff **AVERY C. THOMPSON SMITH**
(proposed pseudonym)

Date: Sept 16, 2020

MOTION TO PROCEED UNDER PSEUDONYM-V. INGHAM COUNTY, CITY OF LANSING - 2