UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AVERY C. THOMPSON SMITH,

        Plaintiff,

CASE NO. 1:20-CV-901

v.

HON. ROBERT J. JONKER

CITY OF LANSING, et al.,

        Defendants.

_____/

**ORDER**

      Plaintiff has filed a *Pro Se* Application for Electronic Filing and Service. Pursuant to Administrative Order 17-RL-135, the Court amended W.D. Mich. LCivR 5.7 to provide the opportunity for a pro se non-prisoner party to electronically file and receive electronic service. The decision to allow a pro se litigant to do so shall be made on a case by case basis. In this case, the Court will deny plaintiff's application.

      On September 16, 2020, the Court denied plaintiff's motion for TRO and denied his/her motion to proceed under a pseudonym. Plaintiff was instructed to file an Amended Complaint with his/her given name not later than September 30, 2020. Plaintiff has still not identified himself. The Court is not convinced that allowing plaintiff to file electronically will promote the efficient or orderly operation of this Court or management of this case.

      Accordingly, plaintiff's application is **DENIED**.

Date:   September 23, 2020            /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   CHIEF UNITED STATES DISTRICT JUDGE