UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY JEAN CALKINS-DARLING,

    Plaintiff,

v.

    File no: 1:20-cv-901

    HON. ROBERT J. JONKER

CITY OF LANSING, et al.,

    Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 10, 2022 (ECF No. 59). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 59) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's action is **DISMISSED** with prejudice for failure to prosecute and failure to comply with the Court's orders.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:  March 2, 2022        /s/ Robert J. Jonker
                                          ROBERT J. JONKER
                                          CHIEF UNITED STATES DISTRICT JUDGE